1 | Lawrence G. Townsend SBN 88184
L/O LAWRENCE G. TOWNSEND
2 | 455 Market Street, Suite 1910
San Francisco, CA 94105
3 | Tel.: (415) 882-3288
Fax: (415) 882-3299
4 | Email: ltownsend@owe.com

5 | Robert H. Staley SBN 122101
EPSTEIN, ENGLERT, STALEY & COFFEY
6 | 425 California Street, Suite 2000
San Francisco, CA 94104
7 | Tel.: (415) 398-2200
Fax: (415) 398-6938
8 | Email: staley@eesclaw.com

9 | Attorneys for Plaintiff Counterdefendant
THIERRY DENOUAL, Plaintiff BORN TO PLAY
10 | S.A.R.L., Third-Party Defendants BLUE ORANGE
EDITION S.A.R.L. and SOAZIG DENOUAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THIERRY DENOUAL, an individual, and BORN TO PLAY S.A.R.L., a French limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>DENMAY, INC., a California corporation, and JULIEN MAYOT, an individual,,<br><br>    Defendants. | Case No. 5:18-cv-02562-NC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>Judge:    Hon. Nathanael Cousins<br><br>Trial Date:  November 25, 2019 |
| DENMAY, INC., a California Corporation,<br><br>    Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>THIERRY DENOUAL, an individual,<br><br>    Counterdefendant,<br><br>And<br><br>BLUE ORANGE EDITION, a French limited liability company, and SOAZIG DENOUAL, an individual,<br><br>    Third-Party Defendants. | |

**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

WHEREAS, Plaintiff and Counterdefendant Thierry Denoual ("Denoual"), Plaintiff Born to Play S.A.R.L. ("Born to Play," and together with Denoual, "Plaintiffs"), Defendant and Counterclaimant Denmay, Inc. ("Denmay"), Defendant Julien Mayot ("Mayot," and together with Denmay, "Defendants"), and third-party defendants Blue Orange Edition and Soazig Denoual (the "Third-Party Defendants," and with Plaintiffs and Defendants, the "Parties") have entered into a Stock Purchase Agreement ("SPA") and related agreements (with the SPA, the "Transaction Agreements") providing for, among other things, the dismissal with prejudice of all pending claims, counterclaims, and third-party claims in this litigation;

WHEREAS, on August 31, 2018, Denmay filed an Amended Counterclaim and Third-Party Complaint;

WHEREAS, on September 10, 2018, Plaintiffs filed their Verified Second Amended Complaint;

WHEREAS, the Verified Second Amended Complaint included derivative claims brought solely by Plaintiff Born to Play purportedly on behalf of Denmay;

WHEREAS, pursuant to the SPA, Born to Play has become the sole shareholder of Denmay;

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate to, and ask the Court to approve, the following:

1. Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, this Stipulation shall constitute notice to Born to Play, the sole shareholder of Denmay, for the dismissal of the derivative claims raised in Plaintiff Born to Play's Verified Second Amended Complaint;

2. Plaintiffs' Verified Second Amended Complaint is dismissed with prejudice; and,

//

//

3. Denmay's Amended Counterclaim and Third-Party Complaint is dismissed with prejudice.

Dated: December 14, 2018	LAW OFFICES OF LAWRENCE G. TOWNSEND

By: /s/ Lawrence G. Townsend
Lawrence G. Townsend

-and-

EPSTEIN, ENGLERT, STALEY & COFFEY
Robert H. Staley

Attorneys for Plaintiff and Counterdefendant THIERRY DENOUAL, Plaintiff BORN TO PLAY S.A.R.L., and Third-Party Defendants BLUE ORANGE EDITION, S.A.R.L. and SOAZIG DENOUAL

Dated: December 14, 2018	ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: /s/ Richard S. Horvath, Jr.
RICHARD S. HORVATH, JR.
Attorneys for Defendant
JULIEN MAYOT, an individual

Dated: December 14, 2018	ALTO LITIGATION, PC

By: /s/ Bahram Seyedin-Noor
Bahram Seyedin-Noor
Attorneys for Defendant/Counterclaimant and Third-Party Plaintiff,
DENMAY, INC.

I, Lawrence G. Townsend, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order for Dismissal of All Claims with Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ Lawrence G. Townsend
LAWRENCE G. TOWNSEND

**ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to stipulation, IT IS SO ORDERED:

1. Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, the parties' Stipulation for Dismissal of All Claims with Prejudice shall constitute notice to Born to Play S.A.R.L., the sole shareholder of Denmay, Inc., for the dismissal of the derivative claims raised in Plaintiff Born to Play's Verified Second Amended Complaint;

2. The Verified Second Amended Complaint of Plaintiffs Thierry Denoual and Born to Play S.A.R.L. is dismissed with prejudice; and.

3. The Amended Counterclaim and Third-Party Complaint of Defendant and Counterclaimant Denmay, Inc. is dismissed with prejudice.

DATED: December 19, 2018

_____
HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

